451 MUSKEGON BOOMING CO. vs. CIRCUIT JUDGE (Muskegon), No. 13561½, 97 M., 622.

To vacate an order directing a commission to issue to take the deposition of a resident for use upon a motion for a new trial, in a case where the witness had refused to make an affidavit.

Order to show cause denied June 13, 1893.

Relator contended that How., Sec. 7766, had no application to motions for a new trial.

452 TORRENT ET AL vs. CIRCUIT JUDGE (Muskegon), No. 13653.

To compel respondent to issue a commission to take the testimony of witnesses to be used on a pending application, for re-taxation of costs, the Circuit Court having refused the application on the authority of Sherman vs. Circuit Judge, 52 M., 474 (579).

Denied January 31, 1894, with costs.

453 CONVERSE vs. CIRCUIT JUDGE (Wayne), No. 13491½.

To compel respondent to vacate an order allowing a commission to take testimony, to issue under Sec. 7433, How. Stat., on the ground that the affidavit therefor was made by an attorney and does not state why it was not made by the party.

Order to show cause denied April 25, 1893.